# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2014

147943 & (22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 147943
COA: 314358
Wayne CC: 99-011012-FC

MARK D. ANDERSON,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

Clerk

t0127